J:\Barbara\Civil\Notices by Case Number\2005\05-553.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shuchen Swisshelm,

    Plaintiff,

    v.                                         Case No.  1:05cv553

Postmaster General John. E. Potter,        Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[ X ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's Motion to Dismiss is granted (Doc. 4). Plaintiff's Motion for Leave to Amended Complaint (Doc. 13) is denied.  This action is dismissed .

Date: February 5, 2007                            James Bonini, Clerk
                                                              Clerk


                                                  By:      S/Barbara A. Crum
                                                  Deputy Clerk